# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**GROVER C. GREER**                                                          **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:09cv286 TSL-LRA**

**MS BAPTIST HEALTH SYSTEMS, INC.**
**AND MS BAPTIST MEDICAL CENTER, INC.**            **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE**, having come before the Court upon the joint motion of the parties to dismiss this action in its entirety, with prejudice, and the Court, having been advised and having found that the parties to this action have reached a full, final and complete mutually agreed resolution of all claims, matters, and issues of fact and law asserted, and which could have been asserted, in this action, and that there remains nothing further to be judicially determined, and being otherwise advised in the premises, is of the opinion that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint in this action and all claims asserted, and which could have been asserted, in this action, be, and the same are hereby, dismissed **WITH PREJUDICE**, with each of the parties to this action to bear their own costs, attorney's fees and expenses;

**IT IS FURTHER ORDERED AND ADJUDGED**, that this resolution and dismissal of this action, with prejudice, includes without limitation, a release and waiver by Plaintiff of any and all claims for attorney fees, expenses and costs associated with this action.

**SO ORDERED AND ADJUDGED**, this the 4th day of **DECEMBER, 2009.**

   /s/Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED AND APPROVED:**

s/Sean R. Guy
**SEAN R. GUY, ESQ.**
**COUNSEL OF RECORD FOR PLAINTIFF**

s/Kenneth E. Milam
**KENNETH E. MILAM, ESQ.**
**COUNSEL OF RECORD FOR DEFENDANT**